# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIA OJEDA-FRAGOZO,<br><br>　　　　　Defendant-Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | CASE NO. 14-CV-1038 W<br>　　　　　09-CR-2914<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS [DOC. 37]** |

　　　Pending before the Court is Petitioner Jose Maria Ojeda-Fragozo's motion to reduce his sentence based on a two level downward adjustment of his offense level. Petitioner's motion is based on the proposed amendment to the sentencing guidelines. (*See Mt.* [Doc. 37], p.1.)  However, the proposed amendment does not take effect until November 1, 2004, assuming Congress does not otherwise act.  Accordingly, the Court **DENIES** the motion [Doc. 37] **WITHOUT PREJUDICE**.

　　　IT IS SO ORDERED.


DATED:  August 5, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge